IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

United States of America, )
)
Plaintiff, ) Case No. 23-00042-01-CR-W-HFS
)
vs. )
) Date: January 19, 2024
JEFFREY A. KNIGHT, )
)
Defendant. )
)

MINUTE SHEET

HONORABLE Howard F. Sachs, presiding at Kansas City
================================================================================

Nature of Hearing: Sentencing

Time Commenced: 9:42 a.m.　　　　　　　　　Time Terminated: 10:06 a.m.

Plaintiff by: Kenneth Borgnino, AUSA
Defendant by: Chelsea Wilson, AFPD

9:27 a.m. – Informal conference held with counsel and probation officer.

Proceedings: All parties appear as indicated above. Defendant in person. Court in session. Presentence investigation report reviewed and adopted. The Court formally adopts the Binding Plea Agreement entered unto by the parties on August 8, 2023. Counsel present argument as to punishment. Defendant granted allocution.

SENTENCE: Defendant is committed to BOP for term of 276 months as to Count 1 of the Indictment; followed by 15 years Supervised Release. Standard/Special Conditions imposed. Costs/Fines-Waived. MPA-$100.00. Assessment pursuant to 18 U.S.C. 2259(A)(a)(2)-$5,000.00. The Court recommends that the defendant be designated to FCI Texarkana. The Preliminary Order of Forfeiture entered on September 12, 2023, is finalized and imposed. The Government orally moves to dismiss Counts 2 and 3 of the Indictment. The defendant is advised of right to appeal. Defendant remanded to custody of USM.


Probation Officer: Ashley Maxwell
Courtroom Deputy: Christy Anderson
Court Reporter: Jodi Quelle